IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHENEKA NOBLES, in her capacity
as Personal Representative for the
Estate of Emma Nobles,

    Plaintiff,

vs.                                CASE NO.: 4:07cv288-SPM/WCS

CORRECTIONS CORPORATION
OF AMERICA,

    Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL

Upon consideration, Plaintiff's motion to file exhibits "17" and "18" under seal (doc. 45) is granted. Plaintiff shall submit a hard copy of exhibits "17" and "18" to the clerk, and the clerk shall file the documents under seal.

SO ORDERED this 23rd day of June, 2008.

              *s/ Stephan P. Mickle*
              Stephan P. Mickle
              United States District Judge